UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL REPLOGLE,

    Petitioner,

v.                               Case No. 5:11-cv-556-Oc-10TBS

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This matter comes before the Court sua sponte. On September 26, 2011, Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence imposed in an underlying criminal case.[1] (Doc. 1) A review of the record shows that the Government filed its response to the motion on December 1, 2011. (Doc. 5) Upon consideration of the foregoing, the Court, on its own motion, grants Petitioner leave to file a reply to the Government's response, if he so chooses. He shall have until March 22, 2012 to file any such reply. The reply is not to exceed ten (10) pages.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 8, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Michael Replogle, pro se
    All Counsel

---

[1]The underlying criminal case can be found at: Case No.5:08-cr-13-OC-10GRJ.