UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL REPLOGLE,

    Petitioner,

v.                                        Case No.  5:11-cv-556-Oc-10TBS

UNITED STATES OF AMERICA,

    Respondent.

_____

## ORDER

    This matter comes before the Court sua sponte.  On March 8, 2011, this Court, on its own motion, granted Petitioner leave to file a reply to the Government's response on or before March 22, 2012.  (Doc. 11) A review of the record reveals that Petitioner has already filed his traverse to the Government's response.  See (Doc. 10) Upon due consideration, this Court hereby VACATES the order at Docket Entry 11 and finds that Petitioner's motion is now ripe for review.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on March 8, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Michael Replogle
    All Counsel