UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL REPLOGLE,

      Petitioner,

-vs-                                      Case Nos.  5:11-cv-556-Oc-10TBS
                                                                   5:08-cr-13-Oc-10TBS

UNITED STATES OF AMERICA,

      Respondent.
_____/

**ORDER DENYING MOTION UNDER 28 U.S.C. § 2255
AND DIRECTING ENTRY OF JUDGMENT**

      The Defendant/Petitioner's pending motion for relief under 28 U.S.C. § 2255 was previously considered by the Court in an Order entered November 2, 2011 (Doc. 4 in Case No. 11-cv-556). In that Order the Court determined that all of the Defendant/Petitioner's claims but one were refuted by the record and would be Denied with prejudice. Judgment was withheld pending resolution of the one remaining claim to which the Government was required to file a response (Id.). The Petition was then referred to the United States Magistrate Judge (Doc. 7), who has now filed a Report and Recommendation (Doc. 13) concluding that the remaining claim is procedurally barred and should be dismissed for that reason. The Defendant/Petitioner has filed his objections (denominated as a "Reply") to the Report and Recommendation (Doc. 16).

Upon due consideration, the objections to the Report and Recommendation of the Magistrate Judge are overruled; the Report and Recommendation is ADOPTED and CONFIRMED; and, in accordance with the Order of November 2, 2011 (Doc. 4) together with the Report and Recommendation of the Magistrate Judge, it is

ORDERED AND ADJUDGED that the Defendant/Petitioner's motion under 28 U.S.C. § 2255 (Doc. 1) is DENIED with prejudice.  The Clerk is Directed to enter Judgment accordingly and to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 13th day of June, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copies to:   Michael Replogle, pro se
             Counsel of Record